UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

SHAOLIN MOORE,

                            Plaintiff,

vs.

CITY OF SYRACUSE, POLICE OFFICER
CHRISTOPHER BUSKE, POLICE OFFICER
LEONARD BROWN, LIEUTENANT GENO TURO,

                            Defendants.

Civil Action No.: 5:20-CV-1641
(DNH/MJK)

## **STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by undersigned counsel that the above-captioned action and all associated claims brought by Plaintiff Shaolin Moore shall be and are voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: ___June 20, 2024

THE RYDER LAW FIRM
*Attorneys for Plaintiff Shaolin Moore*

By:    *s/Jesse P. Ryder*
       Jesse P. Ryder, Esq.
       6739 Myers Road,
       East Syracuse, New York 13057

DATED: ___June 20, 2024

HANCOCK ESTABROOK, LLP
*Attorneys for Defendants*

By:   *s/John G. Powers*
       John G. Powers, Esq.
       1800 AXA Tower I - 100 Madison St.
       Syracuse, New York 13202

**IT IS SO ORDERED.**

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 06-26-2024

11

4877-7867-4364, v. 2